UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DEBORAH L. MOODY,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-10-161-CI

**JUDGMENT IN A CIVIL CASE**

### **DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Judgment is entered for Defendant.

DATED: October 28, 2011

    JAMES R. LARSEN
    District Court Executive/Clerk

    s/ L. Stejskal
    Deputy Clerk